1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  1:10-MC-00044-AWI
                                      )
12            Plaintiff,              )  **STIPULATION AND ORDER EXTENDING**
                                      )  **THE UNITED STATES' TIME TO FILE A**
13       v.                           )  **COMPLAINT FOR FORFEITURE AND/OR**
                                      )  **TO OBTAIN AN INDICTMENT ALLEGING**
14 APPROXIMATELY $7,562.00 IN U.S.    )  **FORFEITURE**
   CURRENCY;                          )
15                                    )
   1972 OLDSMOBILE 442, NO LICENSE    )
16 PLATE, VIN: 3J67K2M211271;         )
                                      )
17 1965 FORD MUSTANG, NO LICENSE      )
   PLATE, VIN: 5R07A128707;           )
18                                    )
   2008 CHEVROLET MALIBU, LICENSE:    )
19 6LFA733, VIN: 1G1ZG57B88F193345;   )
                                      )
20 2006 LEXUS GS300, LICENSE: 5MJJ752,)
   VIN: JTHBH96S765000098;            )
21                                    )
   1969 CHEVROLET TRUCK, NO LICENSE   )
22 PLATE, VIN: CE149Z825738;          )
                                      )
23 1962 CHEVROLET IMPALA, NO LICENSE  )
   PLATE, VIN: 2186F302848;           )
24                                    )
   1976 HARLEY DAVIDSON               )
25 MOTORCYCLE, LICENSE: 15U3097,      )
   VIN: 9D18597H6;                    )
26                                    )
   1965 FORD MUSTANG, LICENSE:        )
27 CZW446, VIN: 5R07C177883;          )
                                      )
28                                    )

STIPULATION AND ORDER EXTENDING THE UNITED
STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE
AND/OR TO OBTAIN AN INDICTMENT ALLEGING
FORFEITURE                                    1

2007 PONTIAC G6, LICENSE: 6HQG262,        )
VIN: 1G2ZH58N974231581;                   )
                                          )
2008 PONTIAC G6, LICENSE: 6LTN600,        )
VIN: 1G2ZM577184198639; and,              )
                                          )
2007 CHEVROLET TRUCK, LICENSE:            )
8K96671, VIN: 3GCEC13C07G549423,          )
                                          )
             Defendants.                  )
_____

It is hereby stipulated by and between the United States of America and Potential Claimants Nasry Khalid Dablan, Edwan Khalid Dablan, and Nabila Dablan, by and through their attorney, as follows:

1.      On or about July 12, 2010, Potential Claimant Edwan Khalid Dablan filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to the approximately $7,562.00 in U.S. Currency, which was seized on or about April 30, 2010.

2.      On or about August 2, 2010, Potential Claimant Nasry Khalid Dablan filed a claim in the administrative forfeiture proceeding with the Internal Revenue Service ("IRS") with respect to the 2007 Chevrolet Truck, License: 8K96671, VIN: 3GCEC13C07G549423, which was seized on or about April 30, 2010.

3.      On or about August 2, 2010, Potential Claimant Edwan Khalid Dablan filed a claim in the administrative forfeiture proceeding with the Internal Revenue Service ("IRS") with respect to the 1972 Oldsmobile 442, No License Plate, VIN: 3J67K2M211271, 1965 Ford Mustang, No License Plate, VIN: 5R07A128707, 2008 Chevrolet Malibu, License: 6LFA733, VIN: 1G1ZG57B88F193345, 2006 Lexus GS300, License: 5MJJ752, VIN: JTHBH96S765000098, 1969 Chevrolet Truck, No License Plate, VIN: CE149Z825738, 1962 Chevrolet Impala, No License Plate, VIN: 2186F302848, 1976 Harley Davidson Motorcycle, License: 15U3097, VIN: 9D18597H6, 1965 Ford Mustang, License: CZW446, VIN: 5R07C177883, 2007 Pontiac G6, License: 6HQG262, VIN: 1G2ZH58N974231581, which were seized on or about April 28, 2010.

///

///

4.     On or about August 2, 2010, Potential Claimant Nabila Dablan filed a claim in the administrative forfeiture proceeding with the Internal Revenue Service ("IRS") with respect to the 2008 Pontiac G6, License: 6LTN600, VIN: 1G2ZM577184198639, which was seized on or about April 28, 2010.

5.     The Internal Revenue Service and Drug Enforcement Administration have sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Potential Claimants have filed a claim to the above-captioned assets as required by law in the administrative forfeiture proceeding.

6.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

7.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 6, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///

8.   Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture shall be extended to January 6, 2011.

Dated:  October 8, 2010                         BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ Deanna L. Martinez
                                                DEANNA L. MARTINEZ
                                                Assistant United States Attorney



Dated: October 8, 2010                          /s/ Daniel Bacon
                                                DANIEL BACON
                                                Attorney for Potential Claimants
                                                Nasry Khalid Dablan, Edwan Khalid Dablan, and
                                                Nabila Dablan
                                                (Original signature retained by attorney)



IT IS SO ORDERED.

Dated:   October 15, 2010   
                                                _____
                                                CHIEF UNITED STATES DISTRICT JUDGE