| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KELLI L. TAYLOR |
| | Assistant U.S. Attorney |
| 3 | United States Courthouse |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2700 |
| 5 | |
| 6 | Attorneys for Plaintiff the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-MC-00044-AWI |
| | ) | |
| Plaintiff, | ) | ***SECOND* STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | ) | |
| APPROXIMATELY $7,562.00 IN U.S. CURRENCY; | ) | |
| 1972 OLDSMOBILE 442, NO LICENSE PLATE, VIN: 3J67K2M211271; | ) | |
| 1965 FORD MUSTANG, NO LICENSE PLATE, VIN: 5R07A128707; | ) | |
| 2008 CHEVROLET MALIBU, LICENSE: 6LFA733, VIN: 1G1ZG57B88F193345; | ) | |
| 2006 LEXUS GS300, LICENSE: 5MJJ752, VIN: JTHBH96S765000098; | ) | |
| 1969 CHEVROLET TRUCK, NO LICENSE PLATE, VIN: CE149Z825738; | ) | |
| 1962 CHEVROLET IMPALA, NO LICENSE PLATE, VIN: 2186F302848; | ) | |
| 1976 HARLEY DAVIDSON MOTORCYCLE, LICENSE: 15U3097, VIN: 9D18597H6; | ) | |
| 1965 FORD MUSTANG, LICENSE: CZW446, VIN: 5R07C177883; | ) | |
| 2007 PONTIAC G6, LICENSE: 6HQG262, | ) | |

```
VIN: 1G2ZH58N974231581;                    )
                                           )
2008 PONTIAC G6, LICENSE: 6LTN600,         )
VIN: 1G2ZM577184198639; and,               )
                                           )
2007 CHEVROLET TRUCK, LICENSE:             )
8K96671, VIN: 3GCEC13C07G549423,           )
                                           )
            Defendants.                    )
_____)
```

It is hereby stipulated by and between the United States of America and Potential Claimants Nasry Khalid Dablan, Edwan Khalid Dablan, and Nabila Dablan, by and through their attorney, as follows:

1. On or about July 12, 2010, Potential Claimant Edwan Khalid Dablan filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to the approximately $7,562.00 in U.S. Currency, which was seized on or about April 30, 2010.

2. On or about August 2, 2010, Potential Claimant Nasry Khalid Dablan filed a claim in the administrative forfeiture proceeding with the Internal Revenue Service ("IRS") with respect to the 2007 Chevrolet Truck, License: 8K96671, VIN: 3GCEC13C07G549423, which was seized on or about April 30, 2010.

3. On or about August 2, 2010, Potential Claimant Edwan Khalid Dablan filed a claim in the administrative forfeiture proceeding with the Internal Revenue Service ("IRS") with respect to the 1972 Oldsmobile 442, No License Plate, VIN: 3J67K2M211271, 1965 Ford Mustang, No License Plate, VIN: 5R07A128707, 2008 Chevrolet Malibu, License: 6LFA733, VIN: 1G1ZG57B88F193345, 2006 Lexus GS300, License: 5MJJ752, VIN: JTHBH96S765000098, 1969 Chevrolet Truck, No License Plate, VIN: CE149Z825738, 1962 Chevrolet Impala, No License Plate, VIN: 2186F302848, 1976 Harley Davidson Motorcycle, License: 15U3097, VIN: 9D18597H6, 1965 Ford Mustang, License: CZW446, VIN: 5R07C177883, 2007 Pontiac G6, License: 6HQG262, VIN: 1G2ZH58N974231581, which were seized on or about April 28, 2010.

4. On or about August 2, 2010, Potential Claimant Nabila Dablan filed a claim in the administrative forfeiture proceeding with the Internal Revenue Service ("IRS") with respect to the

1  2008 Pontiac G6, License: 6LTN600, VIN: 1G2ZM577184198639, which was seized on or about
2  April 28, 2010.

3  5.  The Internal Revenue Service and Drug Enforcement Administration have sent the
4  written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested
5  parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. §
6  983(a)(2)(A)-(E), and no person other than the Potential Claimants have filed a claim to the above-
7  captioned assets as required by law in the administrative forfeiture proceeding.

8  6.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
9  forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-
10 captioned assets are subject to forfeiture within 90 days after a claim has been filed in the
11 administrative forfeiture proceedings, unless the court extends the deadline for good cause shown
12 or by agreement of the parties.

13 7.  By Stipulation and Order filed on October 19, 2010, the parties stipulated to extend
14 to January 6, 2011, the time in which the United States is required to file a civil complaint for
15 forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-
16 captioned assets are subject to forfeiture.

17 8.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further
18 extend to April 6, 2011, the time in which the United States is required to file a civil complaint for
19 forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-
20 captioned assets are subject to forfeiture.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

9. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture shall be extended to April 6, 2011.

Dated: January 5, 2011

BENJAMIN B. WAGNER
United States Attorney

 /s/ Kelli L. Taylor
KELLI L. TAYLOR
Assistant U.S. Attorney

Dated: January 4, 2011

 /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Potential Claimants
Nasry Khalid Dablan, Edwan Khalid Dablan, and Nabila Dablan
(Original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated:   January 7, 2011

CHIEF UNITED STATES DISTRICT JUDGE

*SECOND* STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

4