1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID T. SHELLEDY
   Assistant U.S. Attorney
3  United States Courthouse
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5

6  Attorneys for Plaintiff the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) 1:10-MC-00044-AWI
   |                                  )
12 |            Plaintiff,            ) ***THIRD* STIPULATION AND ORDER
   |                                  ) EXTENDING THE UNITED STATES' TIME
13 |       v.                         ) TO FILE A COMPLAINT FOR
   |                                  ) FORFEITURE AND/OR TO OBTAIN AN
14 | APPROXIMATELY $7,562.00 IN U.S.   ) INDICTMENT ALLEGING FORFEITURE
   | CURRENCY;                        )
15 |                                  )
   | 1972 OLDSMOBILE 442, NO LICENSE  )
16 | PLATE, VIN: 3J67K2M211271;        )
   |                                  )
17 | 1965 FORD MUSTANG, NO LICENSE    )
   | PLATE, VIN: 5R07A128707;          )
18 |                                  )
   | 2008 CHEVROLET MALIBU, LICENSE:  )
19 | 6LFA733, VIN: 1G1ZG57B88F193345;  )
   |                                  )
20 | 2006 LEXUS GS300, LICENSE: 5MJJ752,)
   | VIN: JTHBH96S765000098;           )
21 |                                  )
   | 1969 CHEVROLET TRUCK, NO LICENSE )
22 | PLATE, VIN: CE149Z825738;         )
   |                                  )
23 | 1962 CHEVROLET IMPALA, NO LICENSE)
   | PLATE, VIN: 2186F302848;          )
24 |                                  )
   | 1976 HARLEY DAVIDSON             )
25 | MOTORCYCLE, LICENSE: 15U3097,    )
   | VIN: 9D18597H6;                   )
26 |                                  )
   | 1965 FORD MUSTANG, LICENSE:       )
27 | CZW446, VIN: 5R07C177883;         )
   |                                  )
28 | 2007 PONTIAC G6, LICENSE: 6HQG262,)

*THIRD* STIPULATION AND ORDER EXTENDING THE
UNITED STATES' TIME TO FILE A COMPLAINT FOR
FORFEITURE AND/OR TO OBTAIN AN INDICTMENT
ALLEGING FORFEITURE                                  1

| | |
|---|---|
| VIN: 1G2ZH58N974231581; | ) |
| | ) |
| 2008 PONTIAC G6, LICENSE: 6LTN600, VIN: 1G2ZM577184198639; and, | ) ) ) |
| 2007 CHEVROLET TRUCK, LICENSE: 8K96671, VIN: 3GCEC13C07G549423, | ) ) ) |
| Defendants. | ) ) |

It is hereby stipulated by and between the United States of America and Potential Claimants Nasry Khalid Dablan, Edwan Khalid Dablan, and Nabila Dablan, by and through their attorney, as follows:

1. On or about July 12, 2010, Potential Claimant Edwan Khalid Dablan filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to the approximately $7,562.00 in U.S. Currency, which was seized on or about April 30, 2010.

2. On or about August 2, 2010, Potential Claimant Nasry Khalid Dablan filed a claim in the administrative forfeiture proceeding with the Internal Revenue Service ("IRS") with respect to the 2007 Chevrolet Truck, License: 8K96671, VIN: 3GCEC13C07G549423, which was seized on or about April 30, 2010.

3. On or about August 2, 2010, Potential Claimant Edwan Khalid Dablan filed a claim in the administrative forfeiture proceeding with the Internal Revenue Service ("IRS") with respect to the 1972 Oldsmobile 442, No License Plate, VIN: 3J67K2M211271, 1965 Ford Mustang, No License Plate, VIN: 5R07A128707, 2008 Chevrolet Malibu, License: 6LFA733, VIN: 1G1ZG57B88F193345, 2006 Lexus GS300, License: 5MJJ752, VIN: JTHBH96S765000098, 1969 Chevrolet Truck, No License Plate, VIN: CE149Z825738, 1962 Chevrolet Impala, No License Plate, VIN: 2186F302848, 1976 Harley Davidson Motorcycle, License: 15U3097, VIN: 9D18597H6, 1965 Ford Mustang, License: CZW446, VIN: 5R07C177883, 2007 Pontiac G6, License: 6HQG262, VIN: 1G2ZH58N974231581, which were seized on or about April 28, 2010.

4. On or about August 2, 2010, Potential Claimant Nabila Dablan filed a claim in the administrative forfeiture proceeding with the Internal Revenue Service ("IRS") with respect to the

1  2008 Pontiac G6, License: 6LTN600, VIN: 1G2ZM577184198639, which was seized on or about April 28, 2010.

5. The Internal Revenue Service and Drug Enforcement Administration have sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Potential Claimants have filed a claim to the above-captioned assets as required by law in the administrative forfeiture proceeding.

6. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

7. By Stipulation and Order filed on October 19, 2010, the parties stipulated to extend to January 6, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture.

8. By Stipulation and Order filed on January 7, 2011, the parties stipulated to further extend to April 6, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 5, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the above-captioned assets and/or to obtain an indictment alleging that the above-captioned assets are subject to forfeiture.

///
///
///
///

*THIRD* STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

3

1  10. Accordingly, the parties agree that the deadline by which the United States shall be
2  required to file a complaint for forfeiture against the above-captioned assets and/or to obtain an
3  indictment alleging that the above-captioned assets are subject to forfeiture shall be extended to July
4  5, 2011.

Dated: March 31, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney

                                          /s/ David T. Shelledy
                                         DAVID T. SHELLEDY
                                         Assistant U.S. Attorney


Dated: March 25, 2011                     /s/ Anthony P. Capozzi
                                         ANTHONY P. CAPOZZI
                                         Attorney for Potential Claimants
                                         Nasry Khalid Dablan, Edwan Khalid Dablan, and
                                         Nabila Dablan
                                         (Original signature retained by attorney)

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   April 6, 2011                   _____
                                         CHIEF UNITED STATES DISTRICT JUDGE

THIRD STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

4