BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $7,562.00 IN U.S. CURRENCY;<br><br>1972 OLDSMOBILE 442, NO LICENSE PLATE, VIN: 3J67K2M211271;<br><br>1965 FORD MUSTANG, NO LICENSE PLATE, VIN: 5R07A128707;<br><br>2008 CHEVROLET MALIBU, LICENSE: 6LFA733, VIN: 1G1ZG57B88F193345;<br><br>2006 LEXUS GS300, LICENSE: 5MJJ752, VIN: JTHBH96S765000098;<br><br>1969 CHEVROLET TRUCK, NO LICENSE PLATE, VIN: CE149Z825738;<br><br>1962 CHEVROLET IMPALA, NO LICENSE PLATE, VIN: 2186F302848;<br><br>1976 HARLEY DAVIDSON MOTORCYCLE, LICENSE: 15U3097, VIN: 9D18597H6; | 1:10-MC-00044-AWI<br><br>**NOTICE OF ELECTION; ORDER OF DISMISSAL** |

| | | |
|---|---|---|
| 1 | 1965 FORD MUSTANG,<br>LICENSE:  CZW446, | )<br>) |
| 2 | VIN: 5R07C177883; | )<br>) |
| 3 | 2007 PONTIAC G6,<br>LICENSE:  6HQG262, | )<br>) |
| 4 | VIN: 1G2ZH58N974231581; | )<br>) |
| 5 | 2008 PONTIAC G6,<br>LICENSE:  6LTN600, | )<br>) |
| 6 | VIN:  1G2ZM577184198639; and, | )<br>) |
| 7 | 2007 CHEVROLET TRUCK,<br>LICENSE: 8K96671, | )<br>) |
| 8 | VIN: 3GCEC13C07G549423, | )<br>) |
| 9 | Defendants. | )<br>) |

NOTICE IS HEREBY GIVEN that the United States has elected to file a complaint for forfeiture of the seized assets and filed a complaint on July 5, 2011 in *United States v. Approximately $7,562.00 in U.S. Currency, et al.*, 1:11-CV-01110-AWI-SKO.  Accordingly, this miscellaneous case may now be closed.

Dated: July 11, 2011    BENJAMIN B. WAGNER
                        United States Attorney

                         /s/ Heather Mardel Jones
                        HEATHER MARDEL JONES
                        Assistant U.S. Attorney

**ORDER**

For good cause showing above, the instant matter is hereby dismissed.

IT IS SO ORDERED.

Dated:   July 12, 2011

                        CHIEF UNITED STATES DISTRICT JUDGE